## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Faiola, Willard J J

Printed:  10/2/07

Case Number:  07 B 07680
Judge:  Goldgar, A. Benjamin
Filed:  4/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  August 14, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,388.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,313.05 |
| Trustee Fee: |  | 74.95 |
| Other Funds: |  | 0.00 |
| Totals: | 1,388.00 | 1,388.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,500.00 | 1,313.05 |
| 2. | Resurgent Capital Services | Unsecured | 1,678.05 | 0.00 |
| 3. | Midland Credit Management | Unsecured | 427.46 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 9,160.00 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 388.93 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 804.90 | 0.00 |
| 7. | Credigy Receiveables Inc | Unsecured | 9,969.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 615.67 | 0.00 |
| 9. | B-Real LLC | Unsecured | 4,632.50 | 0.00 |
| 10. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 11. | Key Bank USA National Association | Unsecured |  | No Claim Filed |
| 12. | Unique Insurance | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,176.51 | $ 1,313.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 74.95 |
|  | $ 74.95 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Faiola, Willard J J                           Case Number:  07 B 07680

                                                          Judge:  Goldgar, A. Benjamin

          Printed:  10/2/07                               Filed:  4/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: